OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711



OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

02 1R        $ 00.26⁵
0006557458   FEB 13 2015
MAILED FROM ZIP CODE 78701

2/11/2015

COOPER, REGINALD ALONZO   Tr. Ct. No. 451347-B        WR-15,225-05

This is to advise that the Court has denied without written order the application for writ of habeas corpus on the findings of the trial court without a hearing.

Abel Acosta, Clerk

REGINALD ALONZO COOPER

F WD